IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA L. HUMPHREYS and BRIAN C. HUMPHREYS,<br><br>        Plaintiffs,<br><br>   v.<br><br>PPL ELECTRIC UTILITIES CORPORATION, MICHELLE LaWALL, NORTHAMPTON COUNTY DEPARTMENT OF HUMAN SERVICES, NORTHAMPTON COUNTY AREA AGENCY ON AGING, MS. BARBARA KLEINTOP and BETHLEHEM POLICE DEPARTMENT,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-4334 |

## ORDER

**AND NOW**, this 30th day of October, 2014, upon consideration of all pending Motions to Dismiss and Memoranda of Law in Support, as well as Plaintiffs' responses to said motions, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, PPL Electric Utilities Corporation and Michelle LaWall, for Failure to State a Claim Upon Which Relief Can be Granted (Docket No. 41) is **GRANTED** and PPL and LaWall are dismissed from this action with prejudice;

2. The Motion to Dismiss of Defendants, Northampton County Department of Human Services, Northampton County Area Agency on Aging and Barbara Kleintop (Docket No. 40), is **GRANTED** and Northampton County Department of Human Services, Northampton County Agency on Aging and Kleintop are dismissed from this action with prejudice;

2

3. The Motion to Dismiss of Defendants, City of Bethlehem, PA, Police Department, et al (Docket No. 39), is **GRANTED** in part and **DENIED** in part;

4. The allegations of violations of §1985(3) against the Bethlehem defendants are dismissed with prejudice; and

5. The remaining portion of the Bethlehem defendants Motion to Dismiss pertaining to the §1983 claims is **DENIED**.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                **Jeffrey L. Schmehl, J.**