IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA L. HUMPHREYS and BRIAN C. HUMPHREYS,<br><br>               Plaintiffs,<br><br>  v.<br><br>PPL ELECTRIC UTILITIES CORPORATION, NORTHAMPTON COUNTY DEPARTMENT OF HUMAN SERVICES, NORTHAMPTON COUNTY AREA AGENCY ON AGING, MS. BARBARA KLEINTOP and BETHLEHEM POLICE DEPARTMENT,<br><br>               Defendants. | CIVIL ACTION<br>NO. 12-4334 |

**O R D E R**

      AND NOW, this 28th day of September, 2015, it having been reported that the above captioned caption has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

      IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs.

                                      MICHAEL E. KUNZ, Clerk of Court


                              BY: */s/ Barbara A. Crossley*
                                    Barbara A. Crossley,
                                    Deputy Clerk to Judge Schmehl